**Robert A. SWIFT and Meredith H. Swift, Petitioners**

v.

**The DEPARTMENT OF TRANSPORTATION OF the COMMONWEALTH of Pennsylvania, Radnor Township, Haverford Township, and the School District of Haverford Township, Respondents.**

Supreme Court of Pennsylvania.

June 5, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 5th day of June 2008, the Petition for Allowance of Appeal is DENIED. The Motion for Leave to File Reply Brief is also DENIED.

**In re S.D.T., JR., A Minor.**

**Petition of Dauphin County Social Services for Children and Youth.**

Supreme Court of Pennsylvania.

June 5, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 5th day of June 2008, the Petition for Allowance of Appeal is DENIED. The Petition for Expedited Review is DENIED as moot.